## CHARLES TATEM and JAMES CANBY v. JOSHUA GILPIN and THOMAS GILPIN.

Court of Chancery.   June, 1816.